without costs. The inspection to commence on the tenth day after service of order and to continue as provided in the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CHARLOTTE D. STEELE, Respondent, v. YELLOW TAXI CORPORATION, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MORRIS EIGENFELD, Doing Business, etc., Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Order so far as appealed from modified by granting motion only as to item No. 7, and in all other respects denying motion; and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

BENJAMIN FLEISCHMAN, Respondent, v. GREENBAUM FIXTURE Co., INC., Appellant, Impleaded, etc.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOHN M. BYERS, Respondent, v. CARLE CARLTON, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HARRY COHEN, Respondent, v. AARON UDOW, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

OTTO B. SHULHOF, Appellant, v. EITINGON-SCHILD Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days after service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CONRON BROS. COMPANY, Appellant, v. AMERICAN SURETY COMPANY OF NEW YORK, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CONRON BROS. COMPANY, Appellant, v. AMERICAN SURETY COMPANY OF NEW YORK, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

RAYMOND RICH & COMPANY, INCORPORATED, Respondent, v. G. E. BARRETT & COMPANY, INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOE COHEN, Appellant, v. " JOHN " SCHACTMAN, etc., as President of the INTERNATIONAL FUR WORKERS UNION OF THE UNITED STATES AND CANADA, and Another, Respondents.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MANHATTAN LIFE INSURANCE COMPANY, Plaintiff, v. 869 ST. NICHOLAS CORPORATION and Others, Defendants. SAMUEL R. GOLDING, Receiver, Appellant;